UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| HYPERCUBE TELECOM, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-cv-00315-MCE-KJN |
| | ) | |
| | ) | **ORDER GRANTING** |
| TELEPACIFIC | ) | **RULE 41 STIPULATION** |
| COMMUNICATIONS CORP. and | ) | **TO DISMISS TELEPACIFIC** |
| U.S. TELEPACIFIC CORP. | ) | **COMMUNICATIONS** |
| | ) | **CORP.** |
| | ) | |
| Defendants. | ) | |

Pursuant to the signed stipulation of Plaintiff Hypercube Telecom, LLC and Defendants TelePacific Communications Corp. and U.S. TelePacific Corp. filed June 15, 2015 (ECF No. 22), the claims against TelePacific Communications Corp. are DISMISSED with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiff Hypercube Telecom, LLC's claims against Defendant U.S. TelePacific Corp. remain pending.

**IT IS SO ORDERED.**

**Dated:  June 16, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT