UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HYPERCUBE TELECOM, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. TELEPACIFIC CORP.,<br><br>Defendant. | Case No. **2:15-CV-00315-MCE-KJN**<br><br>**ORDER CONTINUING DISCOVERY DEADLINES**<br><br>Date of Hearing:  N/A<br>Time of Hearing:  N/A<br>Place of Hearing:  N/A |

This matter having come before the Court on the parties' stipulation (ECF No. 47), and good cause having been shown therefore, IT IS HEREBY ORDERED that the Pretrial Scheduling Order entered by this Court on August 19, 2015 (Docket No. 37) is modified as follows:

1. The deadline for non-expert discovery is extended from March 18, 2016 to May 17, 2016.

2. The deadline for disclosure of experts is extended from its current deadline of May 20, 2016 to June 10, 2016.

ORDER CONTINUING DISCOVERY DEADLINES

3. All outstanding written discovery obligations are stayed for a period of 60 days to be due, if the case does not settle, on May 13, 2016.

All other terms, dates, and deadlines in the scheduling order will remain unchanged.

IT IS SO ORDERED.

**Dated:  March 29, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT